DATE: 08/05/2014                    PENNSYLVANIA CONTINUING LEGAL EDUCATION                    PAGE: 1
TIME: 14:36:36                                NON-COMPLIANT LAWYERS                             USER ID:
jilgenfr
                                                    ACTIVE

                                                                                               REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____
_____

Philadelphia                          80329  Angelo, Christopher J.
                                      22616  Baritz, Kenneth Lee
                                      66683  Boris, Anthony James
                                      81762  Bowman, Michael A.
                                      73546  Brand, Robert P.
                                      91017  Brice, Brandi Jocelyn
                                      20207  Burrell, George R.
                                      27836  Cohan, Barbara Jo
                                      35452  Cohen, David Louis
                                     209228  Decktor, Michael Philip
                                      43387  Dixon, William C.
                                      87631  Driscoll, Raymond C.
                                      02355  Ewing, William H.
                                      31853  Facciolo, David J. Jonathan
                                      31171  Giampietro, Michael F.
                                      61779  Goggin III, Robert St. Leger
                                      38648  Gorman, Kevin Somers
                                      82983  Gossett Jr., George
                                      52372  Hall, Clayton
                                      84323  Heim, David Paul
                                      41454  Hom, Anna
                                     203620  Kaplan, David Michael
                                     205452  Karaca, Nazim Necmi
                                      71741  Keen, Victor Ford
                                      53775  Keenan, Patrick J.
                                     308573  Kelly, Steven
                                      52611  Kivell, Sheldon
                                     201792  Kweder, Justin Canty
                                     207438  Lesinski, Timothy Andrew
                                     203616  Logan, Roxanne Yolanda
                                      92228  Lukach, Stephen Michael
                                      84960  Manos, Pauline J.
                                      45553  Michel Jr., H. John
                                      39879  Michniak, Andre
                                      54385  Middleman, Stewart M.
                                      84861  Mildenberg, Brian R.
                                      82542  Murland, Brian Lee
                                      84879  Murphy, James E.
                                      76538  O'Brien, Daniel P.
                                     204267  Penn, Edith Marie
                                      38127  Perelman, Donald Louis
                                      30634  Peruto Jr., A. Charles
                                      53114  Pinto, Rosemary
                                      31151  Pintzuk, Marcia Denise
                                     307643  Prince, Alicia Mercedes
                                      79170  Salgado, Ralph F.
                                      86331  Savage, Dionne T.
                                      72537  Schober, Henry William
                                      38199  Short, Carolyn Patrice
                                     311780  Shvartsman, Paul
                                      22043  Turner, Allison K.

```
                        78933  Udell, Ryan J.
                        33136  Weathers, Cornelia H.
DATE: 08/05/2014        PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 2
TIME: 14:36:36                  NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                     ACTIVE
                                                                       REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
```
_____

Philadelphia( Continued )       40688  Weinberg, Philip I.

DATE: 08/05/2014         PENNSYLVANIA CONTINUING LEGAL EDUCATION         PAGE: 3
TIME: 14:36:36                   NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                     ACTIVE

                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____
_____
Lancaster                         90762  Kelly, Matthew Timothy
                                 201399  Lyttle, Rebecca Ann
                                  46516  Taylor, Jerome Allen
                                  20072  Wolman, James D.

DATE: 08/05/2014          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 4
TIME: 14:36:36                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____
_____

Northampton                      71439  Gray, Christopher Rowland
                                 50848  Lawless Jr., James Joseph
                                201426  Ondilla, Michael Andrew

DATE: 08/05/2014                PENNSYLVANIA CONTINUING LEGAL EDUCATION               PAGE: 5
TIME: 14:36:36                          NON-COMPLIANT LAWYERS                          USER ID:
jilgenfr
                                              ACTIVE
                                                                                       REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED

_____

Allegheny                          30441   Berry, Cynthia Kay Sychak
                                   63306   Bruzzese, Michael J.
                                   94543   Caroff, Peter Jude
                                   52996   Costalas, George Kiricas
                                   10837   Dinardo, Daniel
                                   88853   Duff, Sean Patrick
                                   16381   Faderewski, Walter C.
                                   87298   Foltz Sr., Kenneth C.
                                   37950   Gallagher, Kathleen A.
                                   22542   Heintz Jr., Frederick W.
                                   92096   Heyl, Mary R.
                                   10891   Howard, Roy S.
                                   86036   Junker, Robert Michael
                                  312482   Mocker III, William Joseph
                                   31242   O'Hanlon, Paul William
                                   83097   Renda, John Anthony
                                   62466   Scanlon, Kelly L.
                                   10540   Trenor II, Fred C.
                                   74603   Wnuk, Martin Lee
                                  307599   Wotus, Ryan Matthew

DATE: 08/05/2014          PENNSYLVANIA CONTINUING LEGAL EDUCATION           PAGE: 6
TIME: 14:36:36                     NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr
                                         ACTIVE
                                                                             REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____
_____

Erie                              208546  Rodriques, Anthony Hugh

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____
_____
Bucks                          310739  Eik, Patrick E.
                               209156  Ernst, Max Josef
                                95089  Guzzardo, Joseph P
                                51235  Homel, Jeffry Howard
                                80158  Hunt, Tracy Paul
                               208207  Turchi, Lalena Jenae

```
DATE: 08/05/2014          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 8
TIME: 14:36:36                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                       ACTIVE
                                                                           REPORT:
ctrk_crt
```

```
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____
_____
Cumberland                      70333  Smith, Jude Robert
```

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____

Westmoreland                     33250  Galper, Mark S.
                                306662  Kleeh, Beth Anna

DATE: 08/05/2014          PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 10
TIME: 14:36:36                    NON-COMPLIANT LAWYERS                       USER ID:
jilgenfr
                                       ACTIVE

                                                                              REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____

Dauphin                          204176  Francis Jr., Mark Joseph
                                  81301  Ross, Alan Michael
                                  87588  Scalia, Christopher Michael
                                  70344  Tressler, Lesa Earlene
                                  66360  Wolf, Carolyn D.

```
DATE: 08/05/2014            PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 11
TIME: 14:36:36                      NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                         ACTIVE
                                                                             REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____
_____
Greene                          83726  Bigley, Michael Patrick
```

DATE: 08/05/2014            PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 12
TIME: 14:36:36                       NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                          ACTIVE
                                                                              REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED

_____
_____

Fayette                              50127   Whelton Jr., James E.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____
_____

Chester                                    44213   Buthusiem, Edward J.
                                           90289   Gallagher, Shannon Deegan
                                           74221   Greenblatt-Rosenblum, Rhonda
                                           68552   Harris, Rhonda F.
                                           84984   Hayes III, James Stoddard
                                          203818   Janis, Joshua Adam
                                           65935   Kichline, Michelle Haris
                                           03192   Ringe Jr., Thomas B. K.
                                           90617   Wallen, John David
                                           45841   Wenger, Patricia A.
                                           83383   Zepp, Natalie M.

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED

_____

York                          78600  Chairs, Mary P.

DATE: 08/05/2014           PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 15
TIME: 14:36:36                    NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr
                                        ACTIVE

                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED

_____
_____
Berks                          29035  Boyer, Brooke M.
                               29373  High, Lee E.
                              312280  Mervine, Brian Keith
                              207200  Weldele Jr., Charles Bernard

DATE: 08/05/2014          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 16
TIME: 14:36:36                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                        ACTIVE

                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED

_____

_____
Washington                        93047  Curry, Stephen Patrick
                                 312490  Miesel, Jarrad L

DATE: 08/05/2014          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 17
TIME: 14:36:36                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                       ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED

_____
_____
Lycoming                          18367  Mitchell, Henry W.
                                  41275  Person, Cynthia Ranck
                                 210265  Sunderland, Philip Michael

DATE: 08/05/2014          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 18
TIME: 14:36:36                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED

_____

_____
Lehigh                              308091   Benner, Garrett Ross
                                     71843   Browne, Patrick M.
                                    205748   David, Eric Richard
                                     34175   DeJoseph, Daniel Leonard
                                     70002   Rhoades, Stephen D.
                                    210191   Smith, Kathryn Rose

DATE: 08/05/2014                 PENNSYLVANIA CONTINUING LEGAL EDUCATION                 PAGE: 19
TIME: 14:36:36                             NON-COMPLIANT LAWYERS                          USER ID:
jilgenfr
                                                 ACTIVE
                                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED

_____
_____

Delaware                         308214   Ayyagari, Srinivas
                                 202188   Crawford Jr., Stewart C
                                  49947   DeLuca, Robert A.
                                  64189   Haley, Daniel E.
                                  94708   Henry, David James
                                 203270   Kershenbaum, Joshua Michael
                                  86830   Kim, Patricia S.
                                  12841   Koons, Charles H.
                                 310499   Larson, Jessica Blackwell
                                  87091   McElroy, Jeffrey Creigh
                                  92200   Murphy, Jennifer Marie
                                  48574   Power, Michael Douglas
                                 153980   Topolewski, Christopher J.
                                  25206   Torre, Christine S.
                                  74362   Williams, Scott Laurence

```
45631  Zahm, Joseph H.
81434  Ziegler, Chad
```

```
DATE: 08/05/2014        PENNSYLVANIA CONTINUING LEGAL EDUCATION           PAGE: 20
TIME: 14:36:36                  NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr
                                     ACTIVE
                                                                          REPORT:
ctrk_crt
```

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____
_____
Beaver                          91824  Yoho, Sheri Lynn

DATE: 08/05/2014          PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 21
TIME: 14:36:36                     NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                          ACTIVE

                                                                               REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED

_____

Montgomery                          31312   Aherne Jr., Richard James
                                   205683   Bradfield, Robert Andrew
                                    17581   Breslin, Walter I.
                                    38442   Coppock, Reid R.
                                    87901   Deazle, Crystal Danette
                                    78159   Fitzgerald IV, James Joseph
                                    93371   Gonzalez, Phillip Edward
                                    62512   Greenberg, Nathan Robert
                                    64168   Hallahan, Edith Helman
                                   208508   Heffner, Sarah Elizabeth
                                    64644   Kattelman, Stephanie M.

```
 66484  Kim, Kyong Taek
 90545  LaBletta, Christian P.
 87827  Leahy, Joann Marie
 49205  Lemonick, John D.
 78789  Leyden, James Joseph
 84651  McCafferty, John M.
 35538  McCullough, Raymond L.
210180  McVan, Brian Patrick
 46752  Quasti, Lisa A.
 23768  Reilly, Richard E.
 42951  Rosen, Barry A.
 26844  Salvo, Stephen
 58480  Sandler, Lisa Beth
 78660  Schriver IV, Eugene
 57144  Singer, Sena
 79044  Stevens, Louis Brent
 54017  Tornetta, Paul A.
 54871  Troiani, Michael J.
 67749  Walsh, Michael Patrick
```

DATE: 08/05/2014          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 22
TIME: 14:36:36                     NON-COMPLIANT LAWYERS                    USER ID: jilgenfr
                                          ACTIVE
                                                                           REPORT: ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED

_____

Bradford                          17743  Hollister, John S.

DATE: 08/05/2014          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 23
TIME: 14:36:36                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED

_____
_____

Lackawanna                          59331  Hickey II, Eugene F.

DATE: 08/05/2014             PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 24
TIME: 14:36:36                       NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                          ACTIVE
                                                                              REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____
_____

Cambria                           70493  Spangler, Mary Elizabeth

                                    ACTIVE

                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____
_____

Centre                          312588  Rohrbaugh, Matthew Emory

DATE: 08/05/2014                PENNSYLVANIA CONTINUING LEGAL EDUCATION                    PAGE: 26
TIME: 14:36:36                          NON-COMPLIANT LAWYERS                          USER ID:
jilgenfr
                                              ACTIVE

                                                                                       REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____

Lawrence                        18185  Cohen, William Glenn

DATE: 08/05/2014          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 27
TIME: 14:36:36                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED

_____

Montour                              61705  King, Hope R.

DATE: 08/05/2014          PENNSYLVANIA CONTINUING LEGAL EDUCATION                    PAGE: 28
TIME: 14:36:36                  NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                     ACTIVE

                                                                           REPORT:

ctrk_crt

_____

_____
Out Of State                          55079  Alfieri, Michael A.
                                      78138  Banks, Marcus Alexander
                                     204212  Bashore, Amy Leigh
                                      39048  Bennie, Joseph John
                                      48113  Berger, Karen Renee
                                      21819  Birek Jr., Stephen J.
                                      90834  Brent, Adam Luke
                                      40276  Bridge, William Joseph
                                      85496  Brown, Dennis O.
                                     207568  Bryant, Stephanie J.
                                     310332  Buckley, Kevin William
                                      26657  Burke, Gregory A.
                                      83666  Burnicki, Caroline N.
                                      52305  Byers, Eugene Sylvanus
                                     205281  Causey, Sara Elizabeth
                                      92741  Chernosky, David Joseph
                                      78150  Connell, Janine Marie
                                     202051  Contreras, Michele Ann
                                      71427  Davis, Ellen Terry
                                      84386  DiCerbo, Nicholas Anthony
                                      12369  DiCiurcio, William T.
                                      46893  Donovan, Martha M.
                                      44892  Dorn, Susan E.
                                      58049  Doroghazi, Stephen R.
                                      58198  Finestrauss, Philip Mark
                                      59277  Fisher-Hughes, Robert Nelson
                                     204222  Friedman, Jonathan Michael
                                      35337  Gebauer, Jay A.
                                      20679  Gelston, Fred H.
                                      54738  Genna, Andrew Joseph
                                      47943  Gilberti, William Joseph
                                      37365  Goldberg, Ruth Parzen
                                      58634  Gray, Gerard F
                                      35471  Grueneberg, Rudi
                                     308508  Gulick, Stacey Lee
                                      88589  Hanratty, Edward George
                                      61468  Hart, Angela Denise
                                      68087  Haverly, Martin D.
                                     202985  Hickman, Valerie Jean Jackson
                                      45376  Jensen, James Clark
                                      57529  Jones, Sheryl Williams
                                      52961  Kariss, Richard C.
                                     204547  Koonz, Barbara Jane
                                     202463  Leddy III, Francis James
                                      40653  Lewandowski, Mark C.
                                      61339  Lomax, Gregory A.
                                      46130  Lubeck, Joseph Gregory
                                      41973  Mack, David Scott
                                      82728  Manganello, Christopher M.
                                      77362  Mannix, Charles A.
                                      38892  Marino, Daniel
                                      43755  Masciocchi, Thomas G.
                                      61050  Massinger, Douglas William

DATE: 08/05/2014              PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 29
TIME: 14:36:36                     NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr

                                        ACTIVE

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____

Out Of State( Continued )      66831   Mayers, Steven W.
   62309   McCune, Daniel L.
   84567   McDonald, Matthew M.
   68283   McGonigle, Thomas P.
   63918   Menking, Bonner
   65032   Mitchell, Cathryn Alexandra
  307203   Mitchell, Jaclyn L
   50728   Mitnick, Craig R.
  308514   Moore Sr., Marc Alan
   69634   Morehouse, Eric Dean
  206815   Morris, Stefanie LaDawn
   92675   Norris, Denice Renee
   82785   O'Neill, Kathleen Suzanne
  209382   Paradise, Leigh Ivory Clark
  307514   Parise, Michael John
   83948   Pasker, Leon E.
   39277   Perry, Christopher J.
   71448   Peshkin, Daniel J.
  311325   Phillips, Shannon Michelle
  209814   Rhodus, Jennifer Louise
  204996   Rivera, Orlando Mitchel
  200119   Rodi, Christopher Robert
   71852   Rohde, Eric Bideaux
   45060   Rubin, Arthur Drew
   73217   Russo, John Francis
   17799   Sabat, Richard J.
  310433   Schober, Alison Elizabeth
  206966   Schwartz, Glenn Facher
   83960   Shanahan, William Conner
   80212   Shults, David A.
  201523   Simon, Jennifer Erin
   63265   Spivak, Gayl Cheryl
   35387   Stewart, Howard P.
  207216   Tark, Lori Ross
   74392   Teresinski, Laura Katherine
  205309   Toriseva, Teresa C.
   44350   Tribone, Thomas Anthony
   60271   Turco, Victoria Ann
   94321   Viggiano, Monica Michelle
  203848   Villanueva, Katherine Leigh
   89677   Warren Jr., Bruce K.
  308468   Webster, Jason Charles
   20748   Weiner, Paul I.
   63046   Wiessner Jr., Dennis E.
   65890   Wood, Lisa Corinna
  201560   Work, John Vernon


          COUNT OF ATTORNEYS FOR ACTIVE  STATUS IS 278

TIME: 14:36:36                    NON-COMPLIANT LAWYERS                    USER ID: jilgenfr
                          LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                              REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____
_____
Chester                          310098  Magazzu, Michael Albert

DATE: 08/05/2014          PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 31
TIME: 14:36:36                    NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                         LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                    REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312013 GROUP 3, REINST FEE ASSESSED
_____
_____

Montgomery                            94450  Ralls-Morrison, Desiree Ann


            COUNT OF ATTORNEYS FOR LIMITED IN-HOUSE CORPORATE COUNSEL   STATUS IS 2


        TOTALS PER COUNTY:

            Philadelphia              54
            Lancaster                  4
            Northampton                3
            Allegheny                 20
            Erie                       1
            Bucks                      6
            Cumberland                 1
            Westmoreland               2
            Dauphin                    5
            Greene                     1
            Fayette                    1
            Chester                   11
            York                       1
            Berks                      4
            Washington                 2
            Lycoming                   3
            Lehigh                     6
            Delaware                  17
            Beaver                     1
            Montgomery                30
            Bradford                   1
            Lackawanna                 1
            Cambria                    1
            Centre                     1
            Lawrence                   1
            Montour                    1
            Out Of State              99
            Chester                    1
            Montgomery                 1


        TOTAL NUMBER OF LAWYERS REPORTED:      280